JS 44 (Rev. 12/07) (CAND Rev 1/10) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Douglas F. Carlson | United States Secret Service |

| **(b)** County of Residence of First Listed Plaintiff  San Francisco | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Douglas F. Carlson<br>PO Box 191711<br>San Francisco CA 94119-1711<br>415-956-9567    ADR | United States Secret Service<br>Office of the Chief Counsel<br>245 Murray Ln SW Bldg T5<br>Washington DC 20223    01052  JL |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question<br>(U.S. Government Not a Party) |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity<br>(Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | **PRISONER** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☒ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access to Justice |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Judge from Magistrate Judgment

Transferred from ☐ 5 another district (specify)    Appeal to District ☐ 7 Judge from Magistrate Judgment

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):<br>5 U.S.C. § 552<br>Brief description of cause:<br>Defendant improperly withheld records that plaintiff requested pursuant to Freedom of Information Act |
|---|---|

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  ☐ Yes ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE." |
|---|---|

| IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)<br>(PLACE AND "X" IN ONE BOX ONLY) | ☒ SAN FRANCISCO/OAKLAND | ☐ SAN JOSE | ☐ EUREKA |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| March 11, 2010 | Douglas Carlson |

1  DOUGLAS F. CARLSON
2  PO Box 191711
3  San Francisco CA 94119-1711
4  (415) 956-9567
5  *doug.carlson@sbcglobal.net*
6  Plaintiff
7  *Pro se*
8
9                    UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DOUGLAS F. CARLSON                    )    Civil Action,
12                       Plaintiff        )    File No.
13                                        )
14          v.                            )    COMPLAINT FOR ORDER
15                                        )    TO PRODUCE RECORDS
16  UNITED STATES SECRET SERVICE          )    AND FOR INJUNCTIVE
17                       Defendant        )    RELIEF

18          1.   **Jurisdiction.** This action arises under the Freedom of Information Act (FOIA),

19   5 U.S.C. § 552.  This court has jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B).

20          2.   **Intradistrict Assignment.** This case should be assigned to the San Francisco or

21   Oakland Division.  Plaintiff resides in San Francisco County and may file this complaint

22   in the district in which he resides.  5 U.S.C. § 552(a)(4)(B).

23          3.   Defendant is an agency of the United States government subject to FOIA.

24          4.   On March 27, 2009, plaintiff mailed a FOIA request to defendant.  This FOIA

25   request appears in Exhibit 1.

26          5.   Defendant received plaintiff's FOIA request on April 10, 2009.

27          6.   Defendant did not comply with 5 U.S.C. § 552(a)(6)(A) and (B).

1    7.   Defendant did not determine whether to comply with plaintiff's request,

2    immediately notify plaintiff of this determination, or provide the records that plaintiff

3    requested.

4    8.   Defendant improperly withheld the records that plaintiff requested.

5    9.   Plaintiff has exhausted his administrative remedies.

6    10.  Defendant acted arbitrarily or capriciously in processing plaintiff's FOIA

7    requests and in withholding the records that plaintiff requested.

8    **Relief Requested**

9    11.  WHEREFORE, plaintiff requests an order from the court requiring defendant to

10   provide the records that plaintiff requested.

11   12.  Pursuant to 5 U.S.C. § 552(a)(4)(E), plaintiff requests reimbursement of

12   litigation costs.

Respectfully submitted,

Dated:  March 11, 2010

DOUGLAS F. CARLSON
Plaintiff

1   DOUGLAS F. CARLSON
2   PO Box 191711
3   San Francisco CA 94119-1711
4   (415) 956-9567
5   *doug.carlson@sbcglobal.net*
6   Plaintiff
7   *Pro se*
8
9                   UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DOUGLAS F. CARLSON                    )   Civil Action,
12                  Plaintiff             )   File No. _____ _____
13                                        )
14          v.                            )   CERTIFICATION OF INTERESTED
15                                        )   ENTITIES OR PERSONS
16  UNITED STATES SECRET SERVICE          )
17                  Defendant             )

18      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

19  the named parties, there is no such interest to report.


20  Dated:  March 11, 2010

21                                              DOUGLAS F. CARLSON

Certification of Interested Entities or Persons

# EXHIBIT 1

PO Box 191711
San Francisco CA 94119-1711
March 27, 2009

United States Secret Service
Communications Center (FOI/PA)
Building T-5
245 Murray Lane
Washington DC 20223

### Re: Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act (FOIA), please send me a copy of the report dated March 20, 2009, titled "2009 Inauguration Review" or "Multiagency Response to Concerns Raised by the Joint Congressional Committee on Inaugural Ceremonies for the 56th Presidential Inauguration."

In evaluating my request, please consider President Obama's January 21, 2009, memorandum to heads of executive departments and agencies. President Obama declared, "A democracy requires accountability, and accountability requires transparency." The president added:

> The Freedom of Information Act should be administered with a clear presumption: In the face of doubt, openness prevails. The Government should not keep information confidential merely because public officials might be embarrassed by disclosure, because errors and failures might be revealed, or because of speculative or abstract fears. Nondisclosure should never be based on an effort to protect the personal interests of Government officials at the expense of those they are supposed to serve. In responding to requests under the FOIA, executive branch agencies * * * should act promptly and in a spirit of cooperation, recognizing that such agencies are servants of the public.

Pursuant to 5 U.S.C. § 552(b), I expect to receive "[a]ny reasonably segregable portion of a record * * * after deletion of the portions which are exempt under this subsection."

Please provide an electronic version of the report if and only if provision of an electronic version would cause a lesser amount of fees to be charged to me than if I received a paper copy of the report.

At this time, I am not willing to pay any fees for the provision of this record. According to FOIA, fees shall not be charged for the first 100 pages of duplication

United States Secret Service
March 27, 2009
Page 2

and the first two hours of search time.  If fees will need to be charged, please notify me in advance.

I look forward to receiving the record that I have requested within 20 working days of the date on which you receive this request, as FOIA requires.

Please contact me if you need to clarify any part of my request.

Thank you for your time.

Sincerely,

Douglas F. Carlson