| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>JUAN D. WALKER (CSBN 208008) |
| 4 | Special Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>Facsimile:  (415) 436-6748 |
| 7 | Email: juan.walker@usdoj.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DOUGLAS F. CARLSON, | ) | Case No.  C 10-01052JL |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES SECRET SERVICE, | ) | DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT |
| Defendant. | ) | |

Defendant United States Secret Service ("Secret Service"), by and through the United States Attorney for the Northern District of California, answers and otherwise responds to the Complaint as follows:

1. Paragraph 1 alleges jurisdiction and requires no response.

2. Paragraph 2 alleges venue and requires no response.

3. As to paragraph 3, Defendant admits that it is an agency within the meaning of 5 U.S.C. § 552(f) and is subject to the requirements of the Freedom of Information Act ("FOIA").

//

4. As to paragraph 4, Defendant admits that Plaintiff submitted a FOIA request to it, a copy of which is attached as Exhibit 1 to the Complaint. Defendant lacks sufficient information to either admit or deny the date on which Plaintiff's request was mailed. Except as expressly admitted herein, Defendant denies the remaining allegations in paragraph 4.

5. As to paragraph 5, Defendant admits the allegation in paragraph 5.

6. As to paragraph 6, it contains legal argument to which no response is required. To the extent a response is required, Defendant denies the allegations in paragraph 6.

7. As to paragraph 7, Defendant admits that it is still in the process of responding to Plaintiff's request and has not yet provided Plaintiff with all of the requested records. The remaining allegations of paragraph 7 are legal argument to which no response is required. To extent that a response is required, Defendant denies the remaining allegations of paragraph 7.

8. As to paragraph 8, it contains legal argument to which no response is required. To the extent a response is required, Defendant denies the allegations in paragraph 8.

9. As to paragraph 9, it contains legal argument to which no response is required. To the extent a response is required, Defendant denies the allegations in paragraph 9.

10. As to paragraph 10, it contains legal argument to which no response is required. To the extent a response is required, Defendant denies the allegations in paragraph 10.

11. As to paragraph 11, it constitutes a prayer for relief to which no response is required. Defendant denies that Plaintiff is entitled to any relief.

12. As to paragraph 12, it constitutes a prayer for relief to which no response is required. Defendant denies that Plaintiff is entitled to any relief.

13. Defendant denies all allegations contained in the Complaint that it has not specifically admitted herein.

### DEFENSES

<u>First Defense</u>

Plaintiff has failed to state a claim for which relief can be granted against Defendant under 5 U.S.C. §552 or otherwise.

//

Second Defense

Defendant made a good faith effort to conduct a search for the requested records using methods that can be reasonably expected to produce the information requested.

Third Defense

Defendant has provided and/or will provide Plaintiff with reasonably segregable documents responsive to Plaintiff's FOIA request.

Fourth Defense

Defendant properly withheld non-responsive documents.

Fifth Defense

Any and all documents and/or portions thereof that Defendant did not produce to Plaintiff were exempt from production under one or more of the statutory exemptions of FOIA (5 U.S.C. §552(b)(1-9)).

Sixth Defense

Defendant alleges that the Court lacks subject matter jurisdiction over any and all requests or allegations that are not contained in a FOIA request from Plaintiff to Defendant.

WHEREFORE, Defendant prays that:

1. The Complaint be dismissed with prejudice;

2. Plaintiff take nothing by this action;

3. No injunctive relief be awarded Plaintiff;

4. The Court enter judgment in favor of Defendant; and

5. The Court grant such other and further relief as is deems just and proper.


Dated: April 15, 2010                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                    By:  _____/s/_____
                                         Juan D. Walker
                                         Special Assistant U.S. Attorney

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT – Case No. 10-01052 JL            3