JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DOUGLAS F. CARLSON, | ) | Case No. C 10-01052 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| UNITED STATES SECRET SERVICE, | ) | |
| Defendant. | ) | |

The parties to this action hereby STIPULATE AND AGREE that the above-referenced action against the United States Secret Service ("Secret Service") is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a). The parties further agree that the United States Secret Service will promptly pay to plaintiff, Douglas Carlson, costs in the amount of $375.00.

Respectfully submitted,

Dated: 6-25-10

JOSEPH P. RUSSONIELLO
United States Attorney

Juan D. Walker
Special Assistant U.S. Attorney

Dated: 6-25-10

DOUGLAS F. CARLSON
Plaintiff

Stipulation and [Proposed] Order of Dismissal– Case No. 10-01052 MMC

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the United States Secret Service shall promptly pay to plaintiff, Douglas Carlson, costs in the amount of $375.00. IT IS FURTHER ORDERED THAT this case is hereby dismissed with prejudice, and the July 2, 2010 Case Management Conference is vacated.

Dated: June 28, 2010

Maxine M. Chesney
United States District Court Judge

Stipulation and [Proposed] Order of Dismissal– Case No. 10-01052 MMC